IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Larry D. Lawrence, et al, | ) | |
| | ) | Civil No. 07-841-SU |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| H. Clifford Looney, et al, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based upon the Motion to Dismiss (#5) without prejudice filed by the Plaintiffs,

IT IS ORDERED that this action is dismissed without prejudice. Pending motions, if any, are denied as moot.

Dated this 4th day of Sep., 2007.

by /s/ Michael W. Mosman
Michael W. Mosman
United States District Judge